UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| S.C., individually and on behalf of her minor child, A.S.,<br><br>       Plaintiffs,<br><br>   -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>       Defendant. | Case No. 1:25-cv-10781 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

In this case, Plaintiffs seek attorney's fees in connection with their claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*. By separate Order to be entered today, the Court is referring the matter to the assigned Magistrate Judge both for General Pretrial Purposes, including settlement, and for any dispositive motions, including motions for summary judgment.

Unless and until the Magistrate Judge orders otherwise, the parties shall file a joint letter (addressed to the Magistrate Judge), no later than **two weeks from the date of this Order**, and not to exceed two pages, indicating whether there is any need for discovery or an initial conference in this case.  If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

In addition, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

If both parties consent to proceed before the Magistrate Judge, Plaintiffs shall, **within two weeks of the date of this Order**, file on the docket a fully executed Notice, Consent, and

Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at

https://www.nysd.uscourts.gov/node/754.  If the Court approves that form, all further

proceedings will then be conducted before the assigned Magistrate Judge rather than before the

undersigned.

If either party does not consent to conducting all further proceedings before the assigned

Magistrate Judge, the parties must file a joint letter **by the same deadline** advising the Court that

the parties do not consent, **but without disclosing the identity of the party or parties who do**

**not consent**.  There will be no adverse consequences if the parties do not consent to proceed

before the Magistrate Judge.

Dated:  January 5, 2026
        New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge